■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY HANSON, Appellant. [683 NYS2d 202] —Judgment, Supreme Court, New York County (Micki Scherer, J.) rendered December 17, 1996, convicting defendant, after a nonjury trial, of criminal possession of a weapon in the third degree, and, sentencing him, as a second violent felony offender, to a determinate term of 5 years, unanimously affirmed.

With defendant's consent, the court properly conducted a combined suppression hearing and nonjury trial (*People v Yousef*, 236 AD2d 868, *lv denied* 90 NY2d 866). Counsel's consent to the procedure employed by the court did not deprive him of effective assistance of counsel. On the existing record,

which defendant has not sought to expand by means of a CPL article 440 motion in order to explore counsel's strategy (*see, People v Rivera*, 71 NY2d 705, 709), we find that counsel pursued a strategy that was reasonable under the circumstances. Concur—Milonas, J. P., Nardelli, Williams, Tom and Andrias, JJ.